# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA ANTONIO,<br>    Plaintiff,<br><br>v.<br><br>PHYSICIANS FOR HEALTHY HOSPITALS, INC., et al.,<br>    Defendants. | EDCV 19-882 DSF (KKx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant Physicians for Healthy Hospitals, Inc., recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 15, 2019

                                            Dale S. Fischer
                                            United States District Judge